

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00130-CV

FRIEDA ESHRA-BOSTICK                                                 APPELLANT

V.

CITY CODE ENFORCEMENT                                                 APPELLEE
OFFICER, MR. GILBERT

----------

### FROM THE 431ST DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Frieda Eshra-Bostick, pro se, attempts to appeal from the trial court's March 23, 2012 order granting Sederick Gilbert's plea to the jurisdiction and motion to dismiss. On April 11, 2012, we notified Appellant of our concern that we might not have jurisdiction over this appeal because there did not appear to be a final judgment or appealable interlocutory order. We stated that unless

---

[1]See Tex. R. App. P. 47.4.

Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal on or before April 23, 2012, the appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. Appellant did not file a response.

The general rule, with a few exceptions, is that an appeal may be taken only from a final judgment. *Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Here, the trial court's March 23, 2012 order does not dispose of all parties in the case or otherwise appear to be a final judgment. Accordingly, we dismiss this appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: June 14, 2012